IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PFIZER INC., | ) | |
| | ) | |
| Plaintiff and | ) | 2:02-cv-1628 |
| Counterclaim-Defendant, | ) | |
| v. | ) | |
| | ) | |
| MYLAN LABORATORIES INC. and | ) | |
| MYLAN PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants and | ) | |
| Counterclaim-Plaintiffs. | ) | |

## ORDER OF COURT

AND NOW, this 16th day of March, 2007, upon consideration of:

PFIZER'S MOTION TO AMEND THE COURT'S JUDGMENT AND ORDER (Document No. 237);

PFIZER INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO AMEND THE COURT'S JUDGMENT AND ORDER (Document No. 238);

DEFENDANTS' MOTION TO AMEND THE COURT'S JUDGMENT AND ORDER (Document No. 244-1);

DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO AMEND THE COURT'S JUDGMENT AND ORDER (Document No. 244-2);

DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE COURT'S JUDGMENT AND ORDER (Document No. 245); and,

PFIZER INC.'S COMBINED OPPOSITION TO MYLAN'S MOTION TO AMEND THE COURT'S JUDGMENT AND ORDER AND REPLY IN SUPPORT OF ITS MOTION TO AMEND THE COURT'S JUDGMENT (Document No. 246),

and it appearing that the language in the Court Order of February 27, 2007, may have been in

error insofar as it appeared to extend the term of the '303 patent by a period of pediatric

exclusivity which was not in conformance with the mandatory language of the patent statute and further, the issue of pediatric exclusivity *per se* was not before the Court in this infringement action.

NOW THEREFORE, PFIZER'S MOTION TO AMEND THE COURT'S JUDGMENT AND ORDER and DEFENDANTS' MOTION TO AMEND THE COURT'S JUDGMENT AND ORDER are both **GRANTED IN PART and DENIED IN PART**, and it is hereby **ORDERED, ADJUDGED AND DECREED** that the Order and Judgment entered in this action on February 27, 2007 are amended to provide as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that, for the reasons set forth in the Court's findings of fact and conclusions of law, Judgment shall be entered in favor of Plaintiff Pfizer and against Defendants Mylan Laboratories, Inc. and Mylan Pharmaceuticals, Inc. (herein collectively "Mylan") on Pfizer's claims that Mylan has infringed claims 1-3 of United States Patent No. 4,879,303 (the "303 patent"); and it is further,

**ORDERED, ADJUDGED AND DECREED** that Judgment shall be entered in favor of Pfizer and against Mylan dismissing Mylan's counterclaims which alleged and sought declarations of noninfringement, invalidity, or unenforceability of the '303 patent; and it is further,

**ORDERED, ADJUDGED AND DECREED** that, pursuant to the provisions of 35 U.S.C. §271(e)(4)(A), the effective date of any approval of Mylan's Abbreviated New Drug Application No. 76-418, seeking FDA approval of amlodipine besylate tablets, 2.5, 5 and 10 mg dosage strengths, shall be a date which is not earlier than the date of expiration of the '303 patent (March 25, 2007); and it is further,

**ORDERED, ADJUDGED AND DECREED** that, pursuant to the provisions of 35 U.S.C. §271(e)(4)(B), Mylan, its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with Mylan are enjoined until the date of expiration of the '303 patent (March 25, 2007), from engaging in the commercial manufacture, use, offer to sell, or sale within the United States, or importation into the United States, of any product comprising the chemical compound amlodipine besylate covered by, or the sale or use of which is covered by claims 1-3 of the '303 patent.

                                                BY THE COURT:

                                                s/ Terrence F. McVerry
                                                United States District Court Judge

cc:     Betty A. Ryberg, Esquire
Email: bryberg@kayescholer.com
Gerald Sobel, Esquire
Email: gsobel@kayescholer.com
Milton Sherman, Esquire
Email: msherman@kayescholer.com
Richard G. Greco, Esquire
Email: rgreco@kayescholer.com
Joseph V. Saphia, Esquire
Email: jsaphia@kayescholer.com
C. James Zeszutek, Esquire
Email: jzeszutek@thorpreed.com
John J. Richardson, Esquire
Email: jrichardson@thorpreed.com
Regina O. Kent, Esquire
Email: rkent@kayescholer.com

Brian P. Fagan, Esquire
Email: bfagan@kwbhlaw.com
Brian S. Roman, Esquire
Email: brian.roman@mylanlabs.com
Ray C. Stoner, Esquire
Email: rstoner@kwbhlaw.com
E. Anthony Figg, Esquire
Email: efigg@rfem.com
Minaksi Bhatt, Esquire
Email: mbhatt@rfem.com
Steven Lieberman, Esquire
Email: slieberman@rfem.com
Bradley A. Plotner, Esquire
Email: bplotner@dkwlaw.com
Jill M. Ondos, Esquire
Email: jill.ondos@mylanlabs.com
Stuart A. Williams, Esquire
Email: stu.williams@mylanlabs.com
Joo Mee Kim, Esquire
Email: jkim@rfem.com
Martha Cassidy, Esquire
Email: mcassidy@rfem.com
Randy Elizabeth Brenner-Leifer
Email: ebrenner@rfem.com
Shannon M. Bloodworth, Esquire
Email: shannon.bloodworth@hellerehrman.com

David J. Harth, Esquire
Heller, Ehrman, White & McAuliffe
One East Main Street  - Suite 201
Madison, WI 53703